No. 2466.—EL PUEBLO, apdo., *v.* MUÑOZ, aplte.—C. D. Mayagüez. Jun. 23, 1925. Falsificación. Señalando como único error el apelante el cometido a su juicio por el jurado al apreciar la prueba y apareciendo después de un examen cuidadoso de la misma que dicha prueba es suficiente, *se confirmó* la sentencia que condenó al acusado a un año de presidio por falsificación.

No. 3581.—DÍAZ, aplte., *v.* PIZÁ, apdo.—C. D. San Juan, Disto. 1º. Junio 23, 1925. Daños y perjuicios. Señalándose como único error el cometido a juicio del apelante por la corte de distrito al apreciar la prueba: apareciendo que la acción se funda en un contrato de aparcería sobre cuya existencia la prueba fué contradictoria decidiendo el conflicto la corte sentenciadora en contra del demandante sin que se haya demostrado pasión, prejuicio, parcialidad o manifiesto error, y apareciendo además que tampoco se ha demostrado error en las otras conclusiones a que llegara la corte de distrito al apreciar la prueba, *se confirma* la sentencia.